**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 09-35726-SPS |
| | § | |
| JOHN D RICHARDS | § | |
| THERESA RICHARDS | § | |
| | § | |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days of the date of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 a.m. on 08/25/2010, in Courtroom 642, United States Courthouse, . If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  07/26/2010                   By:  /s/ David P. Leibowitz
                                                      (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

**UST-Form 101-7-NFR (9/1/2009)**

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| In re: | § | Case No. 09-35726-SPS |
|---|---|---|
| | § | |
| JOHN D RICHARDS | § | |
| THERESA RICHARDS | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $10,573.61
*and approved disbursements of* $8,040.49
*leaving a balance on hand of[1]:* $2,533.12

Claims of secured creditors will be paid as follows: NONE

Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---:|---:|
| Trustee, DAVID P. LEIBOWITZ | $633.28 | $68.24 |

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $75,009.03 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 2.4%.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of additional interest

**UST-Form 101-7-NFR (9/1/2009)**

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Proposed Amount |
|---|---|---|---|
| 1 | TARGET NATIONAL BANK | $13,353.12 | $326.05 |
| 2 | TARGET NATIONAL BANK | $12,367.18 | $301.99 |
| 3 | Chase Bank USA, N.A. | $15,333.31 | $374.41 |
| 4 | Chase Bank USA, N.A. | $6,914.48 | $168.84 |
| 5 | Chase Bank USA, N.A. | $11,902.97 | $290.65 |
| 6 | Chase Bank USA,N.A | $700.91 | $17.12 |
| 7 | PYOD LLC its successors and assigns as assignee of Citibank,c/o Resurgent Capital | $3,042.74 | $74.30 |
| 8 | GE Money Bank dba SAM'S CLUB DISCOVER | $4,214.71 | $102.92 |
| 9 | GE Money Bank dba OLD NAVY | $315.70 | $7.71 |
| 10 | GE Money Bank dba SAM'S CLUB DISCOVER | $1,292.68 | $31.57 |
| 11 | PRA Receivables Management,LLC /HSBC Bank Nevada, NA (Union), | $5,571.23 | $136.04 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0%.

Tardily filed general (unsecured) claims are as follows: NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0%.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

The amount of surplus returned to the debtor(s) after payment of all claims and interest is $0.00.

Prepared By:   /s/ David P. Leibowitz

**UST-Form 101-7-NFR (9/1/2009)**

                                          Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST-Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: csimmons              Page 1 of 1                  Date Rcvd: Jul 28, 2010
Case: 09-35726                Form ID: pdf006             Total Noticed: 28
```

The following entities were noticed by first class mail on Jul 30, 2010.
```
db/jdb        +John D Richards,   Theresa D. Richards,   5920 N. Oconto,   Chicago, IL 60631-2310
aty           +Bernard W. Moltz,   Bernard W. Moltz & Associates,   77 W. Washington Street,   Suite 2110,
                Chicago, IL 60602-9703
tr            +David P Leibowitz, ESQ,   Leibowitz Law Center,   420 Clayton Street,   Waukegan, IL 60085-4216
14499390       Chase,    P.O. Box 15153,   Wilmington, DE 19886-5153
14499391      +Chase,    P.O. Box 9001020,   Louisville, KY 40290-1020
14941414       Chase Bank USA, N.A.,   PO Box 15145,   Wilmington, DE 19850-5145
15026375      +Chase Bank USA,N.A,   c/o Creditors Bankruptcy Service,    P O Box 740933,   Dallas,Tx 75374-0933
14499393       Citi,    Box 6000,   The Lakes, NV 89163-6000
14499394      +Disney,   P. O. Box 15153,   Wilmington, DE 19886-5153
15283379      +GE Money Bank dba SAM'S CLUB DISCOVER,    Care of Recovery Management Systems Corp,
                25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14499395       HSBC Retail Services,   P.O. Box 17264,   Baltimore, MD 21297-1264
14499397       Macy's,    P.O. Box 689195,   Des Moines, IA 50368-9195
14906020      +Mark Zaplier,   2345 Dorina Drive,   Northfield, IL 60093-2705
14499399       Omaha Steaks,   P.O. Box 3496,   Omaha, NE 68103-3412
15313703      +PRA Receivables Management,LLC,    As Agent Of Portfolio Recovery Assocs.,
                HSBC Bank Nevada, NA (Union),   POB 41067,   NORFOLK VA 23541-1067
15028026      +PYOD LLC its successors and assigns as assignee of,    Citibank,   c/o Resurgent Capital Services,
                PO Box 19008,   Greenville, SC 29602-9008
14906021      +Resurrection Medical Center,   7435 West Talcott Avenue,   Chicago, IL 60631-3746
14499401       State Farm Insurance,   333 First Commerce Drive,   Aurora, ON LG4 8A4
14928014      +TARGET NATIONAL BANK,   C O WEINSTEIN AND RILEY, PS,   2001 WESTERN AVENUE, STE 400,
                SEATTLE, WA 98121-3132
14499402      +Target,   P.O Box 59317,   Minneapolis, MN 55459-0317
14499404       The Home Depot,   Processing Center,   Des Moines, IA 50364-0500
14499405       Union Plus Visa,   P.O. Box 88000,   Baltimore, MD 21288-0001
14499406       Victoria's Secret,    WFNNB,   P.O. Box 659617,   San Antonio, TX 78265-9617
14499407       Wells Fargo,   P.O. Box 14411,   Des Moines, IA 50306-3411
```

The following entities were noticed by electronic transmission on Jul 28, 2010.
```
15283380      +E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2010 02:13:51     GE Money Bank dba OLD NAVY,
                Care of Recovery Management Systems Corp,   25 SE 2nd Ave Ste 1120,   Miami FL 33131-1605
14499396      +E-mail/PDF: cr-bankruptcy@kohls.com Jul 29 2010 02:06:59     Kohl's,   P.O. Box 2983,
                Milwaukee, WI 53201-2983
14499398       E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2010 02:13:52     Old Navy,   P.O. Box 530942,
                Atlanta, GA 30353-0942
14499400       E-mail/PDF: gecsedi@recoverycorp.com Jul 29 2010 02:13:52     Sam's Club,   P.O. box 960013,
                Orlando, FL 32896-0013
                                                                                              TOTAL: 4
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
14499392*     +Chase,    P.O. Box 15153,   Wilmington, DE 19886-5153
14499403*     +Target,   P.O. Box 59317,   Minneapolis, MN 55459-0317
14906022*      The Home Depot,   Processing Center,   Des Moines, IA 50364-0500
                                                                                   TOTALS: 0, * 3, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jul 30, 2010**                     **Signature:** _/s/ Joseph Speetjens_